IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LAUREN MORAN and CHRISTOPHER MORAN, | |
| *Plaintiff*, | CIVIL ACTION |
| v. | Case No. 1:25-cv-11390-RGS |
| BOSTON SCIENTIFIC CORPORATION, | |
| *Defendant*. | |

**NOTICE OF SETTLEMENT**

NOTICE IS HEREBY GIVEN that the Parties have reached a settlement in principle to resolve the above-captioned matter, and therefore request that all deadlines be stayed pending dismissal. Counsel for the Parties are in the process of preparing and finalizing the Settlement Agreement. The parties respectfully request sixty (60) days from the date of this notice to file a Joint Stipulation of Dismissal.

Dated: December 19, 2025

Respectfully submitted,

*/s/ Robert T. Naumes, Jr.*
Robert T. Naumes, Jr.
The Law Office of Jeffrey S. Glassman
18th Floor, One International Place
Boston, MA 02110
Telephone: (617) 367-2900
Email: bnaumes@jeffreysglassman.com

*Attorney for Plaintiff*

1

*/s/ Lisa Oliver White*
Lisa Oliver White, BBO # 666841
SHOOK, HARDY & BACON
1 Federal Street, Suite 2620
Boston, MA 02110
Telephone: (617) 275-8762
Facsimile: (617) 531-1602
Email: lowhite@shb.com

Emilie Erickson
Faegre Drinker Biddle & Reath LLP
2200 Wells Fargo Center, 90 S. 7th Street
Minneapolis, MN 55402
Telephone: (612) 766-1867
Email: emilie.erickson@faegredrinker.com

*Attorneys for Defendant*

## LOCAL RULE 7.1 CERTIFICATION

The undersigned certifies that pursuant to Local Rule 7.1, counsel for Plaintiff conferred with Defendant by email concerning this joint motion and have agreed on the issues before jointly bringing this motion before the Court.

*/s/ Lisa Oliver White*
Lisa Oliver White

## CERTIFICATE OF SERVICE

I, Lisa Oliver White, hereby certify that on December 19, 2025, the foregoing document was served via electronic delivery via CM/ECF system which will forward copies to Counsel of Record.

*/s/ Lisa Oliver White*
Lisa Oliver White