UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**Moran et al**
        Plaintiff

v.                                    Civil Action No. **1:25-cv-11390-RGS**

**Boston Scientific Corporation**
        Defendants

## SETTLEMENT ORDER OF DISMISSAL

STEARNS, D.J.

    The Court having been advised by Counsel that this action has settled, IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party upon good cause shown within sixty (60) days to reopen the action if settlement is not consummated.

                                              By the Court,

12/22/2025                                            /S/ Jacqueline Martin
  Date                                                    Docket Clerk